## Schedule 2

## Rejected Contracts and Leases

| Counterparty | Debtor Counterparty | Description of Contract[1] | Rejection Date |
|---|---|---|---|
| Anadarko E&P Onshore LLC and Kerr-McGee Oil & Gas Onshore LP | Extraction Oil & Gas, Inc. | Exchange Agreement | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd.[2] | Master Rental and Servicing Agreement - Enright #1 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Enright #2 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Hergert Gas Lift #1 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Hergert Gas Lift #2 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Hergert Facility Sales #1 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Hergert Facility Sales #2 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Johnson's Corner East | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Johnson's Corner West | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Duck Club #1 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Duck Club #2 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Northlight #1 | August 10, 2020 |

---

[1] The inclusion of a Contract or Lease on this list does not constitute an admission as to the executory or non-executory nature of the Contract or Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract or Lease.

[2] Contract erroneously lists Extraction Oil & Gas, LTD as the Debtor Counterparty. The actual name of the Debtor Counterparty is Extraction Oil & Gas, Inc.

| Counterparty | Debtor Counterparty | Description of Contract[1] | Rejection Date |
|---|---|---|---|
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Northlight #2 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Rinn Valley #1 | August 10, 2020 |
| Bidell Gas Compression Inc. | Extraction Oil & Gas Ltd. | Master Rental and Servicing Agreement - Rinn Valley #2 | August 10, 2020 |
| Discovery DJ Services LLC | Extraction Oil & Gas, Inc. | Gas Gathering, Processing and Purchase Agreement | August 10, 2020 |
| DJ South Gathering, LLC | Extraction Oil & Gas, Inc. | Transportation Services Agreement | August 10, 2020 |
| Elevation Midstream, LLC | Extraction Oil & Gas, Inc. | Gas Gathering and Compression Agreement | August 10, 2020 |
| Elevation Midstream, LLC | Extraction Oil & Gas, Inc. | Crude Oil Gathering and Stabilization Agreement | August 10, 2020 |
| Elevation Midstream, LLC | Extraction Oil & Gas, Inc. | Produced Water Gathering Agreement | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10363 - FairView | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10365 - Walt | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10541 - Varra | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10582 - Hester Farms | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10657 - Alma | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10659 - Johnsons Corner | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10692 - Matrix | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10700 - McGirr | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10712 - Lind | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 10783 - Winder | August 10, 2020 |

| Counterparty | Debtor Counterparty | Description of Contract[1] | Rejection Date |
|---|---|---|---|
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 11132 - Alma | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 11143 - Ardrey | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 1143 - Johnsons Corner | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 11544 - Ardrey | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit 11900 - Martin Purchase 2 | August 10, 2020 |
| Flogistix, LP | Extraction Oil & Gas, Inc. | Equipment Agreement - Unit TBD - Windsor LV2 | August 10, 2020 |
| NGL Water Solutions DJ, LLC | Extraction Oil & Gas, Inc. | Supplemental Agreement | August 10, 2020 |
| NGL Water Solutions DJ, LLC | Extraction Oil & Gas, Inc. | Master Water Disposal Agreement | August 10, 2020 |
| Platte River Midstream, LLC | Extraction Oil & Gas, Inc. | First Amended and Restated Transportation Services Agreement | August 10, 2020 |
| Rocky Mountain Midstream LLC | Extraction Oil & Gas, Inc. | Gas Gathering, Processing and Purchase Agreement - East Greeley | August 10, 2020 |