## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXTRACTION OIL & GAS, INC. *et al.*,[1] | ) | Case No. 20-11548 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re Docket No. ___** |
| | ) | |

**ORDER GRANTING SECOND OMNIBUS MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING REJECTION OF
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND EXECUTORY CONTRACTS EFFECTIVE AS OF THE DATES
SPECIFIED HEREIN AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"), (a) authorizing the Debtors to (i) reject the Contracts and Leases effective as of August 11, 2020, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order, dated February 29, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

under the circumstances and no other notice need be provided; and this Court having reviewed the

Motion and having heard the statements in support of the relief requested therein at a hearing, if

any, before this Court (the "Hearing"); and this Court having determined that the legal and factual

bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

and upon all of the proceedings had before this Court; and after due deliberation and sufficient

cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Contracts and the Leases shall

each be deemed rejected as of August 11, 2020.

3.      Counterparties to Contracts and Leases that are rejected pursuant to this Order must

file a proof of claim relating to the rejection of such Contracts or Leases, if any, by the later of

(a) any applicable claims bar date established in these chapter 11 cases, or (b) 30 days after entry

of this Order.

4.      The Debtors reserve their rights to assume, assign, or reject other executory

contracts or unexpired leases, and nothing herein shall be deemed to affect such rights.

5.      Notwithstanding the relief granted herein and any actions taken pursuant to such

relief, nothing contained in the Motion or this Order shall constitute, nor is it intended to

constitute:  (a) an admission as to the validity, priority, or amount of any particular claim against

a Debtor entity; (b) a waiver of the Debtors' right to dispute any particular claim on any grounds;

(c) a promise or requirement to pay any particular claim; (d) an implication or admission that any

particular claim is of a type specified or defined in this Order or the Motion; (e) a request or

authorization to assume any agreement, contract, or lease pursuant to section 365 of the

Bankruptcy Code; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or

any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection, or to seek avoidance of all such liens.  Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party-in-interest's rights to subsequently dispute such claim.

6.      Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any contract pursuant to section 365 of the Bankruptcy Code.

7.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

8.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts and Leases

| Counterparty | Counterparty Address | Debtor | Contract/Lease Details[1] |
|---|---|---|---|
| Discovery DJ Services LLC | 7859 Walnut Hill Lane, Suite 335, Dallas, TX 75230 | Extraction Oil & Gas, Inc. | Gas Gathering, Processing and Purchase Agreement |
| DJ South Gathering, LLC | 1600 Broadway, Suite 2400, Denver, CO 80202 | Extraction Oil & Gas, Inc. | Transportation Services Agreement |
| Platte River Midstream, LLC | 1600 Broadway, Suite 2400, Denver, CO 80202 | Extraction Oil & Gas, Inc. | First Amended and Restated Transportation Services Agreement |
| Rocky Mountain Midstream LLC | One Williams Center, Tulsa, OK 74172 | Extraction Oil & Gas, Inc. | Gas Gathering, Processing and Purchase Agreement - East Greeley |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract or as to the existence or validity of any claims held by the Contract counterparty.