# EXHIBIT A

Transportation Agreement Filed Under Seal