# EXHIBIT B

# DJ South Agreement
# Filed Under Seal