# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXTRACTION OIL & GAS, INC., *et al.*,[1] | ) Case No. 20-11548 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | Re: Docket No. 558 |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS OF EXTRACTION OIL & GAS, INC.

**PLEASE TAKE NOTICE** that, pursuant to rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, Extraction Oil & Gas, Inc., one of the above-captioned debtors and debtors-in-possession has today filed the proposed redacted version of Amended SOFA question 13 with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 attached hereto as **Exhibit 1**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

| | |
|---|---|
| Dated: August 31, 2020<br>Wilmington, Delaware | */s/ Stephen B. Gerald* |

**WHITEFORD, TAYLOR & PRESTON LLC**[2]
Marc R. Abrams (DE No. 955)
Richard W. Riley (DE No. 4052)
Stephen B. Gerald (DE No. 5857)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:  (302) 353-4144
Facsimile:  (302) 661-7950
Email:  mabrams@wtplaw.com
  rriley@wtplaw.com
  sgerald@wtplaw.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher Marcus, P.C. (admitted *pro hac vice*)
Allyson Smith Weinhouse (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  christopher.marcus@kirkland.com
  allyson.smith@kirkland.com
  ciara.foster@kirkland.com

*Co-Counsel to Debtors and Debtors in Possession*

---

[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston L.L.P. in jurisdictions outside of Delaware.