**<u>Exhibit 1</u>**

Debtor   Extraction Oil & Gas, Inc._____       Case number (if known) 20-11548_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached Rider (Amended) | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street | From _____ | To _____ |
| | City          State     ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | City          State     ZIP Code | | |

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

☑ Check if this is an amended filing

| Debtor | Extraction Oil & Gas, Inc. | Case number (if known) | 20-11548 |
|---|---|---|---|
| | Name | | |

## Part 14: Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/31/2020
              MM / DD / YYYY

✗ _____   Printed name   Tom L. Brock
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Vice President, Chief Accounting Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☒ Yes

| Debtor Name: | Extraction Oil & Gas, Inc. | | Case Number: | 20-11548 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| ENERPLUS RESOURCES (USA)<br>950 17TH ST.<br>SUITE 2200<br>DENVER, CO 80202 | Buyer | Various assets including leases and wells covering Township 7N, Range 67W, 6th P.M. | 03/01/2018 | $1,949,132.41 |
| BISON OIL & GAS II, LLC<br>518 17TH ST.<br>SUITE 1800<br>DENVER, CO 80202 | Trade Partner | Various leases covering Township 9N, Range 60W, 6th P.M. | 05/01/2018 | $784,375.00 |
| GRIZZLY PETROLEUM COMPANY, LLC<br>1001 17TH STREET<br>SUITE 200<br>DENVER, CO 80202 | Trade Partner | Transferred amount is split between Extraction Oil & Gas, Inc. and 8 North, LLC. The total transferred amount is shown. Leasehold in 1S 66W, 1S 67W, 4N 67Wand 8N 66W | 06/18/2018 | $5,873,730.00 |
| ███████████ | | Political Contribution | 06/19/2018 | $50,000.00 |
| ███████████ | | Political Contribution | 06/21/2018 | $50,000.00 |
| ███████████ | | Political Contribution | 06/21/2018 | $50,000.00 |
| ███████████ | | Political Contribution | 06/21/2018 | $8,000.00 |
| BAYSWATER EXPLORATION & PRODUCTION LLC<br>730 17TH ST.<br>SUITE 500<br>DENVER, CO 80202 | Trade Partner | Assets in Extractions Milkshake Unit, 6N 68W Sec. 36 | 07/01/2018 | $5,355,958.00 |
| BAYSWATER RESOURCES/BAYSWATER FUND III-A, LLC/BAYSWATER FUND IV-B, LLC<br>730 17TH ST.<br>SUITE 500<br>DENVER, CO 80202 | Buyer | Transferred amount is split between Extraction Oil & Gas, Inc. and 8 North, LLC. The total transferred amount is shown. Various assets including leases and wells covering Townships 7N and 8N, Ranges 60W, 61W, 62W, 63W, 65W, 66W, 67W, 68W, 6th P.M. | 07/01/2018 | $22,767,555.00 |
| ███████████ | | Political Contribution | 07/16/2018 | $20,000.00 |

| Debtor Name: | Extraction Oil & Gas, Inc. | | Case Number: | 20-11548 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| PDC<br>1775 SHERMAN ST.<br>SUITE 3000<br>DENVER, CO 80203 | Trade Partner | Various leases covering Townships 5N through 6N, and Range 65W, 6th P.M. | 08/02/2018 | $824,535.75 |
| ███████ | | Political Contribution | 08/08/2018 | $1,000,000.00 |
| ███████ | | Political Contribution | 08/08/2018 | $60,000.00 |
| PETROSHARE CORP.<br>9635 MAROON CIRCLE<br>SUITE 400<br>DENVER, CO 80112 | Trade Partner | Transferred value is split between beneficiaries PetroShare Corp. and PEO Colorado LLC. Total value is shown for each beneficiary. Various leases covering Townships 1S through 2S, and Ranges 65W through 67W, 6th P.M. | 08/21/2018 | $1,479,591.00 |
| PEO COLORADO LLC<br>16400 DALLAS PARKWAY<br>SUITE 400<br>DENVER, TX 75248 | Trade Partner | Various leases covering Townships 1S through 2S, and Ranges 65W through 67W, 6th P.M. | 08/21/2018 | $1,479,591.00 |
| ███████ | | Political Contribution | 08/29/2018 | $750,000.00 |
| ███████ | | Political Contribution | 08/29/2018 | $500,000.00 |
| ███████ | | Political Contribution | 09/04/2018 | $734,205.50 |
| ███████ | | Political Contribution | 09/12/2018 | $650,000.00 |
| ███████ | | Political Contribution | 09/12/2018 | $500,000.00 |
| ███████ | | Political Contribution | 10/01/2018 | $400,000.00 |

| Debtor Name: | Extraction Oil & Gas, Inc. | | Case Number: | 20-11548 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| VERDAD RESOURCES, LLC 5950 CEDAR SPRINGS RD. SUITE 200 DENVER, TX 75235 | Trade Partner | Various assets including lease covering Township 1S, Range 66W, 6th P.M. | 10/01/2018 | $2,948,500.00 |
| CONFLUENCE DJ LLC 1001 17TH ST. SUITE 1250 DENVER, CO 80202 | Buyer | Various leases covering Township 7N, and Ranges 64 to 65W, 6th P.M. | 10/01/2018 | $1,376,539.49 |
| KERR-MCGEE GATHERING, LLC 1099 18TH STREET SUITE 1800 DENVER, CO 80202 | Buyer | (1) Approximately 10.25 miles of 12 inch gas gathering pipeline together with appurtenant facilies (2)the permits, easements, and right of ways associated with the conveyed infrastructure. | 10/05/2018 | Good and valuable consideration |
| ██████████ | | Political Contribution | 10/09/2018 | $100,000.00 |
| J. GALE MOODY, VALERIE A. MOODY P.O. BOX 210 DENVER, CO 80615 | Opposing party in litigation | Litigation Settlement | 10/12/2018 | $200,000.00 |
| ██████████ | | Political Contribution | 10/12/2018 | $250,000.00 |
| ██████████ | | Political Contribution | 10/12/2018 | $100,000.00 |
| ██████████ | | Political Contribution | 10/15/2018 | $10,000.00 |
| ██████████ | | Political Contribution | 10/16/2018 | $250,000.00 |
| ██████████ | | Political Contribution | 10/17/2018 | $475,000.00 |
| ██████████ | | Political Contribution | 10/18/2018 | $400,000.00 |
| ██████████ | | Political Contribution | 10/19/2018 | $25,000.00 |

Debtor Name:      Extraction Oil & Gas, Inc.            Case Number:      20-11548

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 10/22/2018 | $450,000.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 10/22/2018 | $170,235.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 10/23/2018 | $150,000.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 10/29/2018 | $20,000.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 10/31/2018 | $10,000.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 11/08/2018 | $10,000.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 11/08/2018 | $10,000.00 |
| CONFLUENCE DJ LLC 1001 17TH ST. SUITE 1250 DENVER, CO 80202 | Buyer | Transferred amount is split between Extraction Oil & Gas, Inc. and 8 North, LLC. The total transferred amount is shown. Leasehold located in 1S, 65W, 6th P.M. | 12/01/2018 | $3,432,000.00 |
| GRIZZLY PETROLEUM COMPANY, LLC 1001 17TH STREET SUITE 200 DENVER, CO 80202 | Trade Partner | Leasehold in 2S 67W and 1S 68W | 12/19/2018 | $994,500.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 01/03/2019 | $35,000.00 |
| ▓▓▓▓▓▓▓▓▓ | | Political Contribution | 01/07/2019 | $25,000.00 |

| Debtor Name: | Extraction Oil & Gas, Inc. | | | Case Number: | 20-11548 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | Political Contribution | 01/31/2019 | $35,000.00 |
| RICHMARK ENERGY PARTNERS, LLC<br>P.O. BOX 328<br>DENVER, CO 80632 | Buyer | Leasehold in 5N 65W | 02/19/2019 | $214,525.82 |
| COLORADO OIL AND GAS CONSERVATION COMMISSION<br>1120 LINCOLN ST.<br>SUITE 801<br>DENVER, CO 80203 | Opposing party in litigation | $150,000 cash payment and $622,885 in-kind services performed by Extraction Oil & Gas, Inc. | 02/28/2019 | $772,885.00 |
| PETRO OPERATING COMPANY, LLC<br>915 WEST LEHIGH AVENUE<br>NO. 1394<br>DENVER, CO 80150 | Buyer | Various leases covering Township 5N, Range 68W, 6th P.M. | 03/01/2019 | $391,890.75 |
| ANADARKO E&P ONSHORE LLC AND SUBSIDIARY KERR-MCGEE OIL & GAS ONSHORE LP<br>1099 18TH ST.<br>SUITE 1800<br>DENVER, CO 80202 | Trade Partner | Various leases covering 1N 68W Sec. 28 and 4N 68W Sec. 21 | 03/07/2019 | $2,240,000.00 |
| | | Political Contribution | 03/14/2019 | $135,000.00 |
| | | Political Contribution | 04/04/2019 | $200,000.00 |
| CDPHE<br>4300 CHERRY CREEK DRIVE S.<br>DENVER, CO 80246-1530 | | Settlement Payment | 04/24/2019 | $8,800.00 |
| | | Political Contribution | 05/22/2019 | $75,000.00 |
| | | Political Contribution | 05/29/2019 | $338,543.75 |
| | | Political Contribution | 06/26/2019 | $15,000.00 |

| Debtor Name: | Extraction Oil & Gas, Inc. | | Case Number: | 20-11548 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| K.P. KAUFFMAN COMPANY, INC. 1675 BROADWAY SUITE 2800 DENVER, CO 80202 | Buyer | Various assets including leases and wells covering Townships 2N and 3N, and Ranges 66 and 67W, 6th P.M.; JIB payments in lieu of purchase price | 07/01/2019 | $7,500.00 |
| TSK ENTERPRISES (USA), INC. 12287 SUNSET PARK WAY LOS ANGELES, CA 90064355 | | Settlement Payment | 07/30/2019 | $75,000.00 |
| SRR ROCKIES, LLC C/O SPLIT ROCK RESOURCES 1751 RIVER RUN SUITE 200 DENVER, TX 76107 | Buyer | Non-operated wellbore assets and leases further descr bed at Reception No. 2019000068939 with the Adams County Clerk and Recorder, and Reception No. 4517354 with the Weld County Clerk and Recorder | 08/22/2019 | $22,004,665.08 |
| ███████████████ | | Political Contribution | 09/05/2019 | $50,000.00 |
| CHILSON FAMILY TRUST C/O HALCYON HILLS INVESTMENTS LLC PO BOX 7387 LOVELAND, CO 80537 | | Transferred amount is split between Extraction Oil & Gas, Inc. and 8 North, LLC. The total transferred amount is shown. Settlement Payment. | 09/09/2019 | $30,000.00 |
| ███████████████ | | Political Contribution | 09/12/2019 | $150,000.00 |
| ███████████████ | | Political Contribution | 09/12/2019 | $10,000.00 |
| ███████████████ | | Political Contribution | 09/20/2019 | $5,000.00 |
| ███████████████ | | Political Contribution | 09/20/2019 | $5,000.00 |

Debtor Name:    Extraction Oil & Gas, Inc.                    Case Number:    20-11548

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| DEL RIO WORKING INTEREST, LLC<br>3400 SOUTH BROADWAY<br>SUITE 100<br>DENVER, CO 80113 | Buyer | Transferred amount is split between Extraction Oil & Gas, Inc. and 8 North, LLC. The total transferred amount is shown. Non-operated wellbore assets further described at Reception Number 2020000016659 with the Adams County Clerk and Recorder | 10/01/2019 | $14,700,000.00 |
| RAISA II, LLC<br>1560 BROADWAY<br>SUITE 2050<br>DENVER, CO 80202 | Buyer | Transferred amount is split between Extraction Oil & Gas, Inc. and 8 North, LLC. The total transferred amount is shown. Non-operated wellbore assets further described at Reception Number 4553936 with the Weld County Clerk and Recorder | 10/01/2019 | $10,000,000.00 |
| █████████ | | Political Contribution | 10/03/2019 | $10,000.00 |
| █████████ | | Political Contribution | 10/04/2019 | $509,500.00 |
| █████████ | | Political Contribution | 10/08/2019 | $65,000.00 |
| █████████ | | Political Contribution | 10/10/2019 | $5,000.00 |
| █████████ | | Political Contribution | 10/11/2019 | $375,000.00 |
| ROCKY MOUNTAIN MIDSTREAM, LLC<br>ONE WILLIAMS CENTER<br>DENVER, OK 74172 | Buyer | Gas gathering line, gas meters, pig launchers and by pass, and the permits, easements, and right of ways associated with the conveyed infrastructure. | 10/16/2019 | Good and valuable consideration |

Debtor Name:      Extraction Oil & Gas, Inc.                                    Case Number:      20-11548

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | Political Contribution | 10/18/2019 | $100,000.00 |
| | | Political Contribution | 10/18/2019 | $100,000.00 |
| | | Political Contribution | 10/22/2019 | $15,000.00 |
| | | Political Contribution | 10/24/2019 | $10,000.00 |
| | | Political Contribution | 10/29/2019 | $155,000.00 |
| | | Political Contribution | 10/29/2019 | $45,000.00 |
| | | Political Contribution | 10/31/2019 | $30,000.00 |
| WAGISTICS, LLC 141 SETTLERS COVE EATON, CO 80615 | | Settlement Payment | 11/20/2019 | $85,000.00 |
| | | Political Contribution | 11/22/2019 | $107,500.00 |
| | | Political Contribution | 12/05/2019 | $27,500.00 |
| | | Political Contribution | 12/12/2019 | $5,000.00 |
| | | Political Contribution | 12/12/2019 | $5,000.00 |

| Debtor Name: | Extraction Oil & Gas, Inc. | Case Number: | 20-11548 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| GREELEY BROADCASTING CORPORATION<br>1102 5TH STREET<br>SUITE A<br>GREELEY, CO 80631 | | Settlement Payment | 12/18/2019 | $37,000.00 |
| BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR, U.S. DEPARTMENT OF JUSTICE DEPARTMENT OF JUSTICE, ASSISTANT UNITED STATES ATTORNEY CIVIL DIVISION 1801 CALIFORNIA STREET, SUITE 1600 DENVER, CO 80202 | Opposing party in litigation | Litigation Settlement | 01/27/2020 | $884,407.00 |
| ███████████████ | | Political Contribution | 01/31/2020 | $50,000.00 |
| ███████████████ | | Political Contribution | 02/20/2020 | $15,000.00 |
| ███████████████ | | Political Contribution | 03/06/2020 | $125,000.00 |
| ███████████████ | | Political Contribution | 03/06/2020 | $10,000.00 |
| CITY AND COUNTY OF BROOMFIELD<br>1 DESCOMBES DRIVE<br>BROOMFIELD, CO 80020 | | Fine | 06/10/2020 | $400.00 |
| LOOKOUT RIDGE FARM, LLC<br>C/O JULIE SMITH<br>8750 LOOKOUT ROAD<br>LONGMONT, CO 80503 | | Settlement Payment | 08/16/2020 | $30,000.00 |