# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXTRACTION OIL & GAS, INC. *et al.*,[1] | ) Case No. 20-11548 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Docket Nos. 739, 898, 929 & 976** |

### ORDER DENYING WITHOUT PREJUDICE MOTION OF RICHMARK ENERGY PARTNERS, LLC AND RICHMARK ROYALTIES, LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE OF THE AUTOMATIC STAY

Upon consideration of the *Motion of Richmark Energy Partners and Richmark Royalties LLC for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [Docket No. 739] (the "Motion") filed by Richmark Energy Partners and Richmark Royalties LLC (collectively, "Richmark") and the Debtors' objection to the Motion; and it appearing that notice was good and sufficient and that no other or further notice need be given; and the Court having held a hearing on the Motion on November 2, 2020 (the "Hearing"); and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Motion is DENIED on the merits for the reasons set forth on the record at the Hearing without prejudice to Richmark's right to renew its request for relief as set forth in the Motion on or after February 1, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation and enforcement of this Order.

Dated: November 5th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE