# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EXTRACTION OIL & GAS, INC., *et al.*,[1] | Case No. 20-11548 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket No.** ___ |

## ORDER GRANTING MOTION OF GRAND MESA PIPELINE, LLC FOR STAY PENDING APPEAL OF ORDER GRANTING MOTIONS TO REJECT CERTAIN EXECUTORY CONTRACTS

Upon consideration of the *Motion of Grand Mesa Pipeline, LLC for Stay Pending Appeal of Order Granting Motions to Reject Certain Executory Contracts* (the "**Motion**")[2], seeking entry of an order (this "**Order**"), (i) granting the Motion, and (ii) staying the Rejection Order pending final resolution of Grand Mesa's appeal; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the statements of counsel in support of the relief requested in the Motion at the hearing before the Court; and all of the proceedings had before the Court; and this Court having determined that the relief requested in the Motion is necessary and appropriate; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED and approved as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2. The Rejection Order is hereby stayed pending entry of a final order adjudicating Grand Mesa's appeal of the Rejection Order.

3. Notwithstanding the relief granted herein, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

4. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.