**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EXTRACTION OIL & GAS, INC. *et al.*,[1] | ) | Case No. 20-11548 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos.: 945, 946, 947, 948, 1163** |
| | ) | **1166, 1165, 1166  & 1213** |

**OMNIBUS ORDER APPROVING FIRST INTERIM/
QUARTERLY FEE APPLICATIONS OF THE PROFESSIONALS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the first interim fee applications [Docket Nos. 945, 946, 947 & 948] (collectively, the "Interim Applications") of those professionals retained in the above-captioned chapter 11 cases (collectively the "Professionals") by the Official Committee of Unsecured Creditors (the "Committee"), all as summarized on **Exhibit 1** attached hereto, for allowance of compensation and reimbursement of expenses on an interim basis; and the Court having reviewed the Interim Applications; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim Applications was adequate under the circumstances; (c) the fees represent reasonable compensation for actual and necessary services rendered by the Professionals; (d) the expenses represent actual and necessary expenses incurred by the Professionals in the performance of their duties in these chapter 11 cases; (e) the Interim Applications were filed in accordance with the

*Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624).  The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

*Retained Professionals and (II) Granting Related Relief* [Docket No. 270]; and (f) all persons with standing have been afforded the opportunity to be heard on the Interim Applications, and there being no objections to approval of the Interim Applications in the amounts set forth on **Exhibit 1**; and sufficient good cause having been shown therefor,

IT IS HEREBY ORDERED THAT:

1.      The Interim Applications are APPROVED as set forth herein.

2.      Each of the Professionals' fees and expenses requested in the Interim Applications, including any and all holdbacks, are allowed in the amounts set forth on **Exhibit 1** attached hereto.

3.      The Debtors are authorized to pay to each of the Professionals one hundred percent (100%) of the fees and one hundred percent (100%) of the expenses allowed that have not already been paid in satisfaction of the allowed fees for services rendered and expenses incurred for the interim period covered herein, as set forth on **Exhibit 1**.

4.      This Order shall be deemed a separate order with respect to each of the Interim Applications.

5.      This Order shall be effective immediately upon its entry.

6.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: December 1st, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**