# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXTRACTION OIL & GAS, INC. *et al.*,[1] | ) | Case No. 20-11548 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| EXTRACTION OIL & GAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| v. | ) | |
| | ) | Adv. Proc. No. 20-50813 (CSS) |
| REP PROCESSING, LLC, | ) | |
| Defendant. | ) | |
| | ) | |
| EXTRACTION OIL & GAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| v. | ) | Adv. Proc. No. 20-50833 (CSS) |
| PLATTE RIVER MIDSTREAM, LLC AND DJ SOUTH GATHERING, LLC, | ) | |
| Defendants. | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

|  |  |  |
|---|---|---|
| EXTRACTION OIL & GAS, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | Adversary Proceeding |
| v. | ) ) | Adv. Proc. No. 20-50840 (CSS) |
| ROCKY MOUNTAIN MIDSTREAM LLC, | ) ) ) | |
| Defendant. | ) ) | |
| ANNETTE LEAZER, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Adversary Proceeding |
| V. | ) ) | Adv. Proc. No. 20-50963 (CSS) |
| EXTRACTION OIL & GAS, INC. *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING ON MATTERS SCHEDULED FOR JANUARY 5, 2021 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE, PARTIES SHOULD USE THE FOLLOWING INFORMATION:**

**Topic: Extraction Oil 20-11548**
**Time: January 5, 2021 at 2:00 p.m. Eastern Time (US and Canada)**

**https://debuscourts.zoomgov.com/j/1601550752**
**MEETING ID: 160 155 0752  PASSWORD: 431423**

---

[2] All motions and other pleadings referenced herein are available online free of charge at the following address: http://www.kccllc.net/extractionog.

> **TO APPEAR TELEPHONICALLY, PARTIES SHOULD CONTACT COURTCALL, LLC AT 866-582-6878 TO REGISTER THEIR APPEARANCE**

**I.   UNCONTESTED MATTERS WITH A FILED CNO:**

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and REP Processing, LLC, (II) Authorizing Extraction Oil & Gas, Inc. to Enter Into That Certain Midstream Contract, as Amended, With REP Processing, LLC and Perform Thereunder, and (III) Granting Related Relief [Docket No. 1336; filed December 14, 2020]

   Objection Deadline:   December 28, 2020 at 12:00 p.m. (ET)

   Objections Received:  None.

   Related Documents:

   A. Notice of Filing of Proposed Redacted Version of Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and REP Processing, LLC, (II) Authorizing Extraction Oil & Gas, Inc. to Enter Into That Certain Midstream Contract, as Amended, with REP Processing, LLC and Perform Thereunder, and (III) Granting Related Relief [Docket No. 1337; filed December 14, 2020]

   B. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and REP Processing, LLC, (II) Authorizing Extraction Oil & Gas, Inc. to Enter Into That Certain Midstream Contract, as Amended, With REP Processing, LLC and Perform Thereunder, and (III) Granting Related Relief [Docket No. 1546; filed December 29, 2020]

   Status:  A proposed form of order has been submitted to the Court with the filing of the certificate of no objection. Consequently, a hearing with respect to this matter is required only if the Court has any questions or concerns.

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Motion for Entry of an Order Authorizing the Debtors to File Under Seal Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the

       Debtors and Rocky Mountain Midstream LLC, (II) Authorizing the Assumption of Certain Executory Contracts, as Amended and Restated, with Rocky Mountain Midstream LLC, and (III) Granting Related Relief [Docket No. 1368; filed December 16, 2020]

       Objection Deadline:   December 30, 2020 at 12:00 p.m. (ET)

       Objections Received:  None to date.

       Related Document:

          A.    Notice of Filing of Proposed Redacted Version of Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Rocky Mountain Midstream LLC, (II) Authorizing the Assumption of Certain Executory Contracts, as Amended and Restated, with Rocky Mountain Midstream LLC, and (III) Granting Related Relief [Docket No. 1369; filed December 16, 2020]

       Status:    Counsel intends to file a certificate of no objection in accordance with the Local Rule 7007-4.

3.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Grand Mesa Pipeline, LLC, (II) Authorizing the Debtors to Enter Into and Assume the Supply Agreement with NGL Crude Logistics, LLC, and (III) Granting Related Relief [Docket No. 1431; filed December 19, 2020]

       Objection Deadline:   December 29, 2020 at 4:00 p.m. (ET)

       Objections Received:  None.

       Related Document:

          A.    Notice of Filing of Proposed Redacted Version of Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Grand Mesa Pipeline, LLC, (II) Authorizing the Debtors to Enter Into and Assume the Supply Agreement with NGL Crude Logistics, LLC, and (III) Granting Related Relief [Docket No. 1432; filed December 20, 2020]

       Status:    Counsel intends to file a certificate of no objection in accordance with the Local Rule 7007-4.

4.  Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Debtors' Reply in Support of Debtors' Motion to Estimate Rejection Claims [Docket No. 1495; filed December 22, 2020]

    Objection Deadline:   December 29, 2020 at 4:00 p.m. (ET)

    Objections Received:  None.

    Related Document:

    A.  Notice of Proposed Redaction Version of Debtors' Reply in Support of Debtors' Motion to Estimate Rejection Claims [Docket No. 1498; filed December 22, 2020]

    Status:   Counsel intends to file a certificate of no objection in accordance with the Local Rule 7007-4.

II. **UNCONTESTED MATTERS GOING FORWARD:**

5.  **SEALED** Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and DCP Operating Company, LP, (II) Authorizing Extraction Oil & Gas, Inc. to Assume That Certain Gas Purchase Contract, as Amended and Restated, with DCP Operating Company, LP, and (III) Granting Related Relief [Docket No. 1518; filed December 23, 2020]

    Objection Deadline:   At the hearing.

    Objections Received:  None to date.

    Related Documents:

    A.  Debtors' Motion for Entry of an Order Shortening Notice and the Time to Object with Respect to Its Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and DCP Operating Company, LP, (II) Authorizing Extraction Oil & Gas, Inc. to Assume That Certain Gas Purchase Contract, as Amended and Restated, with DCP Operating Company, LP, and (III) Granting Related Relief [Docket No. 1519; filed December 23, 2020]

    B.  Notice of Proposed Redacted Version of Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and DCP Operating Company, LP (II) Authorizing Extraction Oil & Gas, Inc. to Assume That Certain Gas Purchase Contract, as Amended and Restated, with DCP Operating Company,

|      |      | LP, and (III) Granting Related Relief [Docket No. 1521; filed December 23, 2020] |
|------|------|---|

    C.    Order Shortening Notice and the Time to Objection with Respect to Debtor's Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and DCP Operating Company, LP, (II) Authorizing Extraction Oil & Gas, Inc. to Assume That Certain Gas Purchase Contract, as Amended and Restated, with DCP Operating Company, LP, and (III) Granting Related Relief [Docket No. 1533; entered December 28, 2020]

    D.    Notice of Entry of Order Shortening Notice and Hearing on Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and DCP Operating Company, LP, (II) Authorizing Extraction Oil & Gas, Inc. to Assume That Certain Gas Purchase Contract, as Amended and Restated, with DCP Operating Company, LP, and (III) Granting Related Relief [Docket No. 1539; filed December 28, 2020]

Status:    This matter is going forward.

6.    **SEALED** Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Platte River Midstream, LLC and DJ South Gathering, LLC, (II) Authorizing the Debtors to Enter Into New Transportation Services Agreements with Platte River Midstream, LLC and DJ South Gathering, LLC, and (III) Granting Related Relief [Docket No. 1536; filed December 28, 2020]

Objection Deadline:    At the hearing.

Objections Received:  None to date.

Related Documents:

    A.    Debtors' Motion for Entry of an Order Shortening Notice and the Time to Object with Respect to Debtors' Motion for Entry of an Order **(I)** Approving the Settlement By and Among the Debtors and Platte River Midstream**,** LLC and DJ South Gathering**,** LLC**, (**II**)** Authorizing the Debtors to Enter Into New Transportation Services Agreements with Platte River Midstream, LLC and DJ South Gathering, LLC and (III) Granting Related Relief [Docket No. 1537; filed December 28, 2020]

    B.    Notice of Entry of Order Shortening Notice and Hearing on Debtors' Motion for Entry of an Order Shortening Notice and the Time to Object with Respect to Debtors' Motion for Entry of an Order (I)

..
..
..

| | |
|---|---|
| | Approving the Settlement By and Among the Debtors and Platte River Midstream, LLC and DJ South Gathering, LLC, (II) Authorizing the Debtors to Enter Into New Transportation Services Agreements with Platte River Midstream, LLC and DJ South Gathering, LLC, and (III) Granting Related Relief [Docket No. 1539; entered December 28, 2020] |
| C. | Order Shortening Notice and the Time to Object with Respect to Debtors Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors and Platte River Midstream, LLC and DJ South Gathering, LLC, (II) Authorizing the Debtors to Enter Into New Transportation Services Agreements with Platte River Midstream, LLC and DJ South Gathering, LLC, and (III) Granting Related Relief  Order Shortening Notice [Docket No. 1541; entered December 29, 2020] |
| D. | Notice of Entry of Order Shortening Notice and Hearing on Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Platte River Midstream, LLC and DJ South Gathering, LLC, (II) Authorizing the Debtors to Enter Into New Transportation Services Agreements with Platte River Midstream, LLC and DJ South Gathering, LLC, and (III) Granting Related Relief Order Shortening Notice [Docket No. 1542; filed December 29, 2020] |

Status:   This matter is going forward.

### III.  ADVERSARY PROCEEDINGS PRE-TRIAL CONFERENCE:

7. Extraction Oil & Gas, Inc. v. REP Processing, LLC (Adv. Proc. No. 20-50813)

    Status:   In light of the settlement between the Debtors and the defendant, the pre-trial conference is continued to the omnibus hearing being scheduled for February 24, 2021 at 10:00 a.m. (ET).

8. Extraction Oil & Gas, Inc. v. Platte River Midstream, LLC and DJ South Gathering, LLC (Adv. Proc. No. 20-50833)

    Status:   In light of the settlement between the Debtors and the defendant, the pre-trial conference is continued to the omnibus hearing being scheduled for February 24, 2021 at 10:00 a.m. (ET).

9.  Extraction Oil & Gas, Inc. v. Rocky Mountain Midstream LLC (Adv. Proc. No. 20-50840)

    Status: In light of the settlement between the Debtors and the defendant, the pre-trial conference is continued to the omnibus hearing being scheduled for February 24, 2021 at 10:00 a.m. (ET).

10. Annette Leazer, *et al.* v. Extraction Oil & Gas, Inc., *et al.* (Adv. Proc. No. 20-50963)

    Plaintiffs' Related Documents:

    i.   Complaint [Docket No. 1; filed October 26, 2020]

    ii.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2; filed October 26, 2020]

    iii. Amended Complaint [Docket No. 4; filed October 29, 2020]

    iv.  Alias Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 5; filed October 29, 2020]

    v.   Order Approving Stipulation Extending Time [Docket No. 13; entered December 7, 2020]

    vi.  Order Approving Stipulation Extending Time [Docket No. 15; entered December 14, 2020]

    Defendants' Related Document:

    i.   Stipulation Extending Time Between Plaintiffs and Defendant to Answer or Respond to Complaint [Docket No. 7; filed November 25, 2020]

    ii.  Defendants' Motion to Dismiss [Docket No. 16; filed December 18, 2020]

    iii. Brief in Support of Defendants' Motion to Dismiss [Docket No. 17; filed December 18, 2020]

    Status: By agreement of the parties, the pre-trial conference is continued to the omnibus hearing being scheduled for February 24, 2021 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: December 30, 2020<br>Wilmington, Delaware | */s/ Richard W. Riley*<br>**WHITEFORD, TAYLOR & PRESTON LLC**[3]<br>Marc R. Abrams (DE No. 955)<br>Richard W. Riley (DE No. 4052)<br>Stephen B. Gerald (DE No. 5857)<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>Telephone:    (302) 353-4144<br>Facsimile:    (302) 661-7950<br>Email:    mabrams@wtplaw.com<br>    rriley@wtplaw.com<br>    sgerald@wtplaw.com<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Christopher Marcus, P.C. (admitted *pro hac vice*)<br>Allyson Smith Weinhouse (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    christopher.marcus@kirkland.com<br>    allyson.smith@kirkland.com<br>    ciara.foster@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

---

[3] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston L.L.P. in jurisdictions outside of Delaware.