# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXTRACTION OIL & GAS, INC., *et al.*,[1]<br><br>　　　Debtors.<br><br>---<br><br>GRAND MESA PIPELINE, LLC,<br><br>　　　Appellant,<br><br>v.<br><br>EXTRACTION OIL & GAS, INC.,<br><br>　　　Appellee. | CIVIL ACTION NO. 20-cv-01411-CFC<br><br><br><br>Bankruptcy Case No. 20-11548 (CSS)<br>Bankruptcy BAP No. 20-43 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Bankruptcy Procedure 8023, that the above-captioned bankruptcy appeal be dismissed, with each party to bear its own costs and fees.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

[2] On December 7, 2020, Grand Mesa filed a *Joint Motion to Consolidate Bankruptcy Appeals and Conform Briefing Schedules* (the "Motion to Consolidate") (D.E. 18), and on December 11, 2020, Grand Mesa filed a *Joint Motion for Certification of a Direct Appeal of Bankruptcy Court Orders* (the "Motion for Certification") (D.E. 21), both of which remain pending before this Court as of the filing of this Voluntary Dismissal. In light of this Voluntary Dismissal, Grand Mesa requests that the Court deny as moot the Motion to Consolidate and Motion for Certification as to Grand Mesa. The other movant in the Motion to Consolidate and Motion for Certification, the Federal Energy Regulatory Commission, is not a party to this Voluntary Dismissal, and, therefore, the Motion to Consolidate and Motion for Certification remain pending as to that party.

Dated: January 8, 2021

| | |
|---|---|
| By: /s/ *Richard W. Riley* <br> Whiteford, Taylor & Preston LLC <br> Marc R. Abrams (DE Bar No. 955) <br> Richard W. Riley (DE Bar No. 4052) <br> Stephen B. Gerald (DE Bar No. 5857) <br> The Renaissance Centre <br> 405 North King Street, Suite 500 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 353-4144 <br> Facsimile: (302) 661-7950 <br> Email: mabrams@wtplaw.com <br> rriley@wtplaw.com <br> sgerald@wtplaw.com <br><br> -and- <br><br> Kirkland & Ellis LLP <br> Kirkland & Ellis International LLP <br> George W. Hicks, Jr. (*admitted pro hac vice*) <br> C. Harker Rhodes IV (*admitted pro hac vice*) <br> Andrew C. Lawrence (*admitted pro hac vice*) <br> 1301 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> Telephone (202) 879-5000 <br> Email: george.hicks@kirkland.com <br> harker.rhodes@kirkland.com <br> andrew.lawrence@kirkland.com <br><br> -and- <br><br> Anna Rotman, P.C. (*admitted pro hac vice*) <br> Jamie Alan Aycock (*admitted pro hac vice*) <br> Kenneth Young (*admitted pro hac vice*) <br> 609 Main Street <br> Houston, TX 77002 <br> Telephone: (713) 836-3600 <br> Facsimile: (713) 836-3601 <br> Email: anna.rotman@krikland.com <br> jamie.aycock@kirkland.com <br> kenneth.young@kirkland.com <br><br> *Counsel for Debtor-Appellee,* <br> *Extraction Oil & Gas, Inc.* | By: /s/ *Dennis A. Meloro* <br> Dennis A. Meloro (DE Bar No. 4435) <br> The Nemours Building <br> 1007 North Orange Street <br> Suite 1200 <br> Wilmington, DE 19801 <br> Telephone: 302-661-7000 <br> Facsimile: 302-661-7360 <br> Email: melorod@gtlaw.com <br><br> -and- <br><br> Hal S. Shaftel (*pro hac vice*) <br> Daniel Friedman (*pro hac vice*) <br> The MetLife Building <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: 212-801-9200 <br> Facsimile: 212-801-6400 <br> Email: shaftelh@gtlaw.com <br> friedmand@gtlaw.com <br><br> Elliot H. Scherker (*pro hac vice*) <br> Brigid F. Cech Samole (*pro hac vice*) <br> Katherine M. Clemente (*pro hac vice*) <br> Greenberg Traurig, P.A. <br> 333 Southeast Second Avenue <br> Suite 4400 <br> Miami, FL 33131 <br> Telephone: 305-579-0500 <br> Facsimile: 305-579-0717 <br> Email: scherkere@gtlaw.com <br> cechsamoleb@gtlaw.com <br> clementek@gtlaw.com <br> miamiappellateservice@gtlaw.com <br><br> *Counsel for Appellant,* <br> *Grand Mesa Pipeline, LLC* |

**SO ORDERED:**

**Dated:**   _____
**The Honorable Colm F. Connolly**
**United States District Court Judge**