IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXTRACTION OIL & GAS, INC., *et al.*,[1]<br><br>Debtors. | Bankruptcy Case No. 20-11548 (CSS)<br><br>(Jointly Administered) |
| PLATTE RIVER MIDSTREAM, LLC, DJ SOUTH GATHERING, LLC, and PLATTE RIVER HOLDINGS, LLC,<br><br>Appellants,<br><br>v.<br><br>EXTRACTION OIL & GAS, INC.,<br><br>Appellee. | Civil Action No. 20-1532 (CFC) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, Appellants Platte River Midstream, LLC ("PRM"), DJ South Gathering, LLC ("DJS"), and Platte River Holdings, LLC ("PRH") (together, "Platte River") and Appellee Extraction Oil & Gas, Inc. ("Extraction") (collectively, the "Parties")

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

hereby stipulate to the dismissal of this appeal, with prejudice, with each party to bear its own attorneys' fees and costs, including court costs and expert fees.

DATED this 4th day of February, 2021.

| | |
|---|---|
| <u>/s/ Curtis S. Miller</u> | <u>/s/ Stephen B. Gerald</u> |
| Curtis S. Miller (No. 4853) | Richard W. Riley (No. 4052) |
| Brett S. Turlington (No. 6705) | Stephen B. Gerald (No. 5857) |
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | Marc R. Abrams (No. 955) |
| | **Whiteford, Taylor & Preston LLC[2]** |
| 1201 Market Street, 16th Floor | The Renaissance Center |
| Wilmington, Delaware 19801 | 405 North King Street, Suite 500 |
| Telephone: (302) 658-9200 | Wilmington, DE 19801 |
| Facsimile: (302) 658-3989 | Telephone No.: (302) 353-4144 |
| Email: cmiller@morrisnichols.com | Email: rriley@wtplaw.com |
|        bturlington@morrisnichols.com |        sgerald@wtplaw.com |
| |        mabrams@wtplaw.com |
| - and - | |
| | - and - |
| Stephen G. Masciocchi (Colorado No. 19873) | |
| | George W. Hicks, Jr. |
| Matthew J. Ochs (Colorado No. 31713) | Andrew C. Lawrence |
| Christopher A. Chrisman (Colorado No. 33132) | **Kirkland & Ellis LLP** |
| | 1301 Pennsylvania Ave. NW |
| Michelle R. Seares (Colorado No. 54455) | Washington, DC 20004 |
| | Telephone No.: (202) 389-5031 |
| **HOLLAND & HART LLP** | |
| 555 17th Street, Suite 3200, | Counsel for Appellee Extraction Oil & Gas, Inc. |
| Denver, CO 80202 | |
| Telephone: (303) 295-8000 | |
| Email:  mjochs@hollandhart.com | |
|        cachrisman@hollandhart.com | |
|        mrseares@hollandhart.com | |
|        smasciocchi@hollandhart.com | |

- and -

---

[2]   Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston LLP in jurisdictions outside of Delaware.

2

Brianne McClafferty (Montana No. 36411453)
**HOLLAND & HART LLP**
401 North 31st Street, Suite 1500
Billings, MT 59101
Telephone: (406) 896-4642
Email: bcmcclafferty@hollandhart.com

Counsel to Platte River Midstream, LLC, DJ South Gathering, LLC, and Platte River Holdings, LLC