IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXTRACTION OIL & GAS, INC., *et al.*,[1]<br><br>Debtors. | Bankruptcy Case No. 20-11548 (CSS)<br><br>(Jointly Administered) |
| ARB MIDSTREAM, LLC, and<br>PLATTE RIVER MIDSTREAM, LLC,<br><br>Appellants,<br><br>v.<br><br>EXTRACTION OIL & GAS, INC.,<br><br>Appellee. | Civil Action No. 20-1745 (CFC) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, Appellants ARB Midstream, LLC ("ARB"), and Platte River Midstream, LLC ("PRM") (together, "Platte River") and Appellee Extraction Oil & Gas, Inc. ("Extraction") (collectively, the "Parties") hereby stipulate to the dismissal of this

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

appeal, with prejudice, with each Party to bear its own attorneys' fees and costs,

DATED this 4th day of February, 2021.

<table>
<tr><td>

*/s/ Curtis S. Miller*
Curtis S. Miller (No. 4853)
Brett S. Turlington (No. 6705)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
           bturlington@morrisnichols.com

- and -

Jeffrey T. Wegner (Nebraska No. 18265)
Lisa M. Peters (Nebraska No. 24546)
**KUTAK ROCK LLP**
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Email:  jeffrey.wegner@kutakrock.com
            lisa.peters@kutakrock.com.com

- and -

Reid A. Page (Colorado No. 37722)
**KUTAK ROCK LLP**
1801 California Street, Suite 3000
Denver, Colorado 80111
Telephone: (303) 295-8000
Email: reid.page@kutakrock.com

Counsel for Appellants ARB Midstream, LLC, and Platte River Midstream, LLC

</td><td>

*/s/ Stephen B. Gerald*
Richard W. Riley (No. 4052)
Stephen B. Gerald (No. 5857)
Marc R. Abrams (No. 955)
**WHITEFORD, TAYLOR & PRESTON LLC**[2]
The Renaissance Center
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone No.: (302) 353-4144
Email: rriley@wtplaw.com
           sgerald@wtplaw.com
           mabrams@wtplaw.com

- and -

George W. Hicks, Jr.
Andrew C. Lawrence
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone No.: (202) 389-5031

Counsel for Appellee Extraction Oil & Gas, Inc.

</td></tr>
</table>

---

[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston LLP in jurisdictions outside of Delaware.